JACOB MENDELSON et al., Copartners under the Firm Name of MENDELSON BROS. & SIFF, Appellants, *v.* THE STATE OF NEW YORK, Respondent.

(Argued May 12, 1930; decided June 3, 1930.)

*Joseph Sterling* for appellants.

*Hamilton Ward, Attorney-General (L. A. Walker* of counsel), for respondent.

Judgment affirmed, with costs, on the ground that the enabling act, chapter 601 of the Laws of 1929, is in conflict with article 7, section 6, of the Constitution of the State; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: LEHMAN, J.